IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| JACK BRUCE JOHNSON, and | * | Case No. 10-4385 WC |
| LESLIE JOHNSON | * | Case No. 10-4386 WC |

....o0o....

## MOTION TO SEAL CRIMINAL COMPLAINTS

The United States of America by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and James A. Crowell IV, Assistant United States Attorney for said District, hereby moves this Court to seal the Criminal Complaints, and Affidavit and related docket entries as to the above-referenced defendants in the above-captioned matter.

**WHEREFORE,** the government requests that the Motion to Seal, the Criminal Complaint, the Affidavit and any related docket entries remained sealed until further order of the court.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

_____
James A. Crowell IV
Assistant United States Attorney

It is so ORDERED, this 12 day of November, 2010

_____
William Connelly
United States Magistrate Judge