UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          :
                                  :
v.                                :   Case No. 10-4385 WC
                                  :
JACK BRUCE JOHNSON                :
                                  :
         Defendant                :

### ORDER REMOVING ELECTRONIC MONITORING
### AS A CONDITION OF RELEASE

Upon consideration of the Defendant's Motion to Modify the Order Setting Conditions of Release (Docket No. 14) and the Government is not opposed to the requested relief, it is this 23rd day of December 2010,

ORDERED, that the Order Setting Conditions of Release (Docket No. 6) entered on November 12, 2010 is AMENDED to remove the requirement that the Defendant wear an electronic monitoring device. All other conditions of the Order remain in place and must be complied with by the Defendant.

December 23, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　_William Connelly_
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM CONNELLY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Copies To:

Counsel of Record
Timothy Smith, EM Specialist, Pretrial Services